HONORABLE JOHN COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SANDRA M STEPHENS RN:BSN,<br><br>Plaintiff,<br><br>v.<br><br>UW MEDICINE HOSPITALS AND CLINICS, and LISA BRANDENBURG, President, KATHY SCHELL, Vice President, and MINDY KORNBERG, Vice President of UW HUMAN REOURCES,<br><br>Defendants. | No. 2:24-cv-01707-JCC<br><br>(PROPOSED) ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR PLEAD |

Having considered Defendants' Agreed Motion for Extension of Time to Answer or Plead, and being otherwise fully apprised,

The Agreed Motion for Extension of Time to Answer or Plead is GRANTED.

Defendants shall file a response to plaintiff's complaint no later than January 27, 2025.

IT IS SO ORDERED.

DATED this 26th day of December 2024.

_____
The Honorable John Coughenour
United States District Court Judge

(PROPOSED) ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR PLEAD - 1
(2:24-cv-01707-JCC)
127320634.2 0015714-00000

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*


1

2  PRESENTED BY:

3  STOEL RIVES LLP

4  *s/ Timothy J. O'Connell*
   Timothy J. O'Connell, WSBA No. 15372
5  tim.oconnell@stoel.com
   Jacqueline Middleton, WSBA No. 52636
6  jacqueline.middleton@stoel.com
   Aaron R. Doyer, WSBA #60095
7  aaron.doyer@stoel.com
8  STOEL RIVES LLP
   600 University Street, Suite 3600
9  Seattle, WA  98101
   Telephone:  206.624.0900
10
   BRENT HAMILTON, WSBA #52151
11 brent.hamilton@stoel.com
   Stoel Rives LLP
12 760 SW Ninth Avenue, Suite 3000
   Portland, OR  97205
13 Telephone:  503.224.3380

14 *Attorneys for Defendant University of Washington Medical Center*

15

16

17

18

19

20

21

22

23

24

25

26

(PROPOSED) ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR PLEAD - 2
(2:24-cv-01707-JCC)
127320634.2 0015714-00000

**STOEL RIVES LLP**
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone 206.624.0900*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on the following individuals on the date and via the method indicated below:

| | |
|---|---|
| Sandra Stephens<br>12020 5th Avenue NE<br>Seattle, WA  98125<br><br>*Pro Se Plaintiff* | ☒ email:<br>   Sandyday41@yahoo.com<br>☐ first class mail<br>☐ hand delivery<br>☐ facsimile transmission<br>☐ overnight delivery |

DATED: December 26, 2024.        *s/ Brie Carranza*
                                 Brie Carranza, Litigation Practice Assistant

(PROPOSED) ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR PLEAD - 3
(2:24-cv-01707-JCC)

127320634.2 0015714-00000

**STOEL RIVES LLP**
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone 206.624.0900*